1 | **CAREY D. GORDEN**
California State Bar No. 236251
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: carey_gorden@fd.org

5 | Attorneys for Jesus Hernandez-Najera

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE NITA L. STORMES)**

11 | UNITED STATES OF AMERICA,        )        Case No. 08MJ0572
                                     )
12 |              Plaintiff,           )
                                     )
13 | v.                               )        **CERTIFICATE OF SERVICE**
                                     )
14 | JESUS HERNANDEZ-NAJERA,          )
                                     )
15 |              Defendant.          )
_____ )
16

17 |        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 | information and belief, and that a copy of the foregoing document has been served this day upon:

19 |                      U.S. Attorney CR
                      Efile.dkt.gc2@usdoj.gov
20

21 |                      Respectfully submitted,

22

23 | DATED:      February 28, 2008              /s/ Carey D. Gorden
                                              **CAREY D. GORDEN**
24 |                                            Federal Defenders of San Diego, Inc.
                                              Attorneys for Jesus Hernandez-Najera
25

26

27

28