AO 455(Rev. 5/85) Waiver of Indictment

FILED

2008

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JESUS HERNANDEZ-NAJERA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR864-DMS

I, JESUS HERNANDEZ-NAJERA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _____3|25|08_____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

X JESUS HERNANDEZ .N
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER